**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                             §
                                                   §
Elvedor Ollivierre-Mills               §          Case No. 12-17026
                                                   §
           Debtor(s)                         §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                219 S. Dearborn Street
                Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

                10:30 a.m. on November 21, 2013
                 in Courtroom 682, U.S. Courthouse
                219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____Kenneth S. Gardner_____
                                                            Clerk of the Bankruptcy Court


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| Elvedor Ollivierre-Mills | § | Case No. 12-17026 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 103,063.84 |
| and approved disbursements of | $ | 368.59 |
| leaving a balance on hand of[1] | $ | 102,695.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: STEVEN R. RADTKE | $ 8,403.19 | $ 0.00 | $ 8,403.19 |
| Trustee Expenses: STEVEN R. RADTKE | $ 6.56 | $ 0.00 | $ 6.56 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 16,162.50 | $ 0.00 | $ 16,162.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 18.13 | $ 0.00 | $ 18.13 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 24,590.38 |
| Remaining Balance | $ | 78,104.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,667.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Irs Priority Debt | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| 7 | Illinois Department Of Revenue | $ 3,167.50 | $ 0.00 | $ 3,167.50 |
| | Total to be paid to priority creditors | | | $ 5,667.50 |
| | Remaining Balance | | | $ 72,437.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,862.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 87.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Llp Griffin Mccarthy & Rice | $ 41,300.00 | $ 0.00 | $ 36,103.89 |
| 3 | Jerome M. Kaplan | $ 29,562.63 | $ 0.00 | $ 25,843.24 |
| 4 | Charles Mills | $ 2,000.00 | $ 0.00 | $ 1,748.37 |
| 6 | Lerone Ollivierre | $ 10,000.00 | $ 0.00 | $ 8,741.87 |
| | Total to be paid to timely general unsecured creditors | | | $ 72,437.37 |
| | Remaining Balance | | | $ 0.00 |

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-17026-JBS
Elvedor Ollivierre-mills                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Oct 01, 2013
                              Form ID: pdf006          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2013.
```
db         +Elvedor Ollivierre-mills,   6157 N. Sheridan Ave.,   APT# 22C,   Chicago, IL 60660-5827
18828583   +Bluegreen Corporation,   Attn: Mortgage Department,   4960 Conference Way N, Ste 100,
             Boca Raton, FL 33431-4413
18828595   +CTI Collection Services,   Bankruptcy Department,   PO Box 4783,   Chicago, IL 60680-4783
18828600   +Carsons/HSBC,   Bankruptcy Department,   3455 Highway 80 W,   Jackson, MS 39209-7202
18828599   +Charles Mills,   c/o Jerome Marvin Kaplan,   77 W. Washington Street,   Chicago, IL 60602-2801
18828586   +Citibank,   Bankruptcy Department,   701 E. 60Th Street North,   Sioux Falls, SD 57104-0432
18828588   +City of Chicago Bureau Parking,   Department of Revenue,   PO Box 88292,   Chicago, IL 60680-1292
18828580   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
18828581   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
18828587   +Griffin, McCarthy & Rice, LLP,   55 West Monroe Street,   Suite 990,   Chicago, IL 60603-5143
18828589   +Harris & Harris Ltd.,   Bankruptcy Department,   222 Merchandise Mart Pl. #1900,
             Chicago, IL 60654-1421
20649116  ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court:   Illinois Department of Revenue,   c/o James Newbold, Asst Atty General,
             100 W. Randolph Street,   Chicago, IL 60601)
18828596   +Jerome Marvin Kaplan,   77 W. Washington Street,   Chicago, IL 60602-3261
18828591   +Law Offices of Annette,   Fernholz, P.C.,   211 W. Wacker Drive,   Suite 1100,
             Chicago, IL 60606-1331
20058719    Lerone Ollivierre,   Largo Heights,   P.O. Box 2073 Kingston,   St. Vincent & The Grenadines,
             VC0100
18828598   +Macy's/DSNB,   Bankruptcy Department,   9111 Duke Blvd,   Mason, OH 45040-8999
18828597    NW Women's Hlth. Assoc.,   Attn: Bankruptcy Department,   680 N. Lake Street,   Suite 1200,
             Chicago, IL 60611
18828593   +Northwestern Mem. Phys. Group,   Bankruptcy Department,   75 Remittance Dr., #1293,
             Chicago, IL 60675-1293
18828594   +Northwestern Memorial Hospital,   Attn: Bankruptcy Dept.,   251 E. Huron St.,
             Chicago, IL 60611-3055
18828592    Rosemarie Olliviere,   Attn: Bankruptcy Dept.,   156 Edenbrook Hill,   Brampton, ON 17A2B3
18828582   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18828601    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2013 02:54:44    Discover Card,
             Bankruptcy Department,   12 Reads Way,   New Castle, DE 19720
18828602    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2013 02:54:44    Discover Card,
             Bankruptcy Department,   PO Box 30395,   Salt Lake City, UT 84130
18828584    E-mail/Text: cio.bncmail@irs.gov Oct 02 2013 02:29:47    Dept of Treasury - Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
18828585   +E-mail/Text: cio.bncmail@irs.gov Oct 02 2013 02:29:47    IRS Priority Debt,
             Attn: Bankruptcy Dept.,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTAL: 4
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18828590   ##ADT Security Services,   Bankruptcy Department,   2250 W. Pinehurst Blvd.,
             Addison, IL 60101-6100
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2013                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: cmendoza1              Page 2 of 2                  Date Rcvd: Oct 01, 2013
                               Form ID: pdf006              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2013 at the address(es) listed below:
              Jason M Shimotake    on behalf of Debtor Elvedor  Ollivierre-mills ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                         TOTAL: 4
```