UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Elvedor Ollivierre-Mills            §    Case No. 12-17026
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4) This case was originally filed under chapter   on   . The case was pending for   months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____ By:/s/STEVEN R. RADTKE_____
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Bluegreen Corporation Attn: Mortgage Department 4960 Conference Way N, Ste 100 Boca Raton FL 33431 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 |  |  |  |  |  |
|  | 2 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 |  |  |  |  |  |
| 7 | Illinois Department Of Revenue |  |  |  |  |  |
| 2 | Irs Priority Debt |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 ADT Security Services Bankruptcy Department 2250 W. Pinehurst Blvd. Addison IL 60101-6100 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 11 Griffin, McCarthy & Rice, LLP Attn: Bankruptcy Dept. 55 West Monroe Street Chicago IL 60603 | | | | | |
| | 12 Jerome M. Kaplan 77 W. Washington Street Chicago IL 60602 | | | | | |
| | 13 Law Offices of Annette Fernholz, P.C. 211 W. Wacker Drive Chicago IL 60606 | | | | | |
| | 14 Macy's/DSNB Bankruptcy Department 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 15 Northwestern Mem. Phys. Group Bankruptcy Department 75 Remittance Dr., #1293 Chicago IL 60675 | | | | | |
| | 16 Northwestern Memorial Hospital Attn: Bankruptcy Dept. 251 E. Huron St. Chicago IL 60611 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | NW Women's Hlth. Assoc. Attn: Bankruptcy Department 680 N. Lake Street Chicago IL 60611 | | | | | |
| 18 | Rosemarie Olliviere Attn: Bankruptcy Dept. 156 Edenbrook Hill Brampton ON 17A2B3 | | | | | |
| 19 | Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| 2 | Carsons/HSBC Bankruptcy Department 3455 Highway 80 W Jackson MS 39209 | | | | | |
| 3 | Charles Mills 6157 N. Sheridan Rd. Chicago IL 60660 | | | | | |
| 4 | Citibank Bankruptcy Department 701 E. 60Th Street North Sioux Falls SD 57117 | | | | | |
| 5 | City of Chicago Bureau Parking Department of Revenue PO Box 88292 Chicago IL 60680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 6 CTI Collection Services Bankruptcy Department PO Box 4783 Chicago IL 60177 |  |  |  |  |  |
|  | 7 Discover Card Bankruptcy Department 12 Reads Way New Castle DE 19720 |  |  |  |  |  |
|  | 8 Discover Card Bankruptcy Department PO Box 30395 Salt Lake City UT 84130 |  |  |  |  |  |
|  | 9 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 |  |  |  |  |  |
|  | Harris & Harris Ltd. Bankruptcy Department 222 Merchandise Mart Pl. #1900 Chicago IL 60654 |  |  |  |  |  |
| 4 | Charles Mills |  |  |  |  |  |
| 3 | Jerome M. Kaplan |  |  |  |  |  |
| 6 | Lerone Ollivierre |  |  |  |  |  |
| 1 | Llp Griffin Mccarthy & Rice |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-17026 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Elvedor Ollivierre-Mills | | | | Date Filed (f) or Converted (c): | 04/26/2012 (f) |
| | | | | | 341(a) Meeting Date: | 07/02/2012 |
| For Period Ending: | 03/10/2014 | | | | Claims Bar Date: | 02/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account With Citibank | 400.00 | 400.00 | OA | 0.00 | FA |
| 2. Household Goods: Tv, Dvd Player, Tv Stand, Stereo, Sofa, Vac | 500.00 | 500.00 | OA | 0.00 | FA |
| 3. Books, Compact Discs, Tapes/Records, Family Pictures | 25.00 | 25.00 | OA | 0.00 | FA |
| 4. Necessary Wearing Apparel. | 20.00 | 20.00 | OA | 0.00 | FA |
| 5. Earrings, Watch, Costume Jewelry | 50.00 | 50.00 | OA | 0.00 | FA |
| 6. Pension W/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Bluegreen Corp. - Time Share | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Proceeds from Citibank Checking Account (u) | 682.09 | 682.09 | | 682.09 | FA |
| 9. Proceeds from Citibank MM Account per Judgment of Dissolutio (u) | 12,696.32 | 12,696.32 | | 12,696.32 | FA |
| 10. Proceeds from SURS retirement fund per Judgment of Dissoluti (u) | 24,600.00 | 24,600.00 | | 24,600.00 | FA |
| 11. Proceeds of Retirement Account per Qualified Domestic Relati (u) | 128,397.86 | 128,397.86 | | 64,198.93 | FA |
| 12. Proceeds from Citibank MM and Checking Account (u) | 886.50 | 886.50 | | 886.50 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $169,257.77 | $168,257.77 | | $103,063.84 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's divorce, in which she was awarded certain bank accounts and an interest in her ex-husband's retirement account, was finalized before her bankruptcy filing but distribution thereunder was not made.  She was held in contempt in the state court for converting certain assets to be distributed to ex-husband under divorce decree.  Debtor died early in chapter 7 proceedings.

On November 6, 2012, the Trustee obtained agreed bankruptcy court order authorizing ex-husband to turn over funds held in certain bank accounts after exercising his right of setoff.  The Trustee collected remaining accounts awarded to the debtor in the divorce decree.  Total bank accounts collected amounted to $38,864.91.  On June 6, 2013 the Trustee also obtained bankruptcy court order authorizing him to settle Debtor's claim for distribution from ex-husband's retirement account upon the ex-husband's payment of the sum of $64,198.93.

Initial Projected Date of Final Report (TFR): 06/30/2014         Current Projected Date of Final Report (TFR): 06/30/2014

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-17026  
Case Name: Elvedor Ollivierre-Mills  
Taxpayer ID No: XX-XXX8308  
For Period Ending: 03/10/2014  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0237  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/12 | 8 | Citibank NA | Proceeds from Closed Checking Account ending 1220 | 1229-000 | $682.09 | | $682.09 |
| 11/21/12 | 9 | Charles W. Mills<br>6157 N. Sheridan Road, Apt. 16G<br>Chicago, IL 60660-5818 | Proceeds from MM Account ending 853 per Judgment of Dissolution of Marriage | 1229-000 | $12,696.32 | | $13,378.41 |
| 11/21/12 | 10 | Charles W. Mills<br>6157 W. Sheridan Road, Apt. 16G<br>Chicago, IL 60660-5818 | Proceeds from SURS fund per Judgement of Dissolution of Marriage | 1229-000 | $24,600.00 | | $37,978.41 |
| 11/21/12 | 12 | Citibank, NA | Proceeds from 2 closed bank accounts<br>Closed Citibank checking account ending -926 with balance of $883.85 and closed money market account ending -238 with balance of $2.65 both in Debtor's name | 1229-000 | $886.50 | | $38,864.91 |
| 12/07/12 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.99 | $38,856.92 |
| 01/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.75 | $38,832.17 |
| 02/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.72 | $38,774.45 |
| 03/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.07 | $38,722.38 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.57 | $38,664.81 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.62 | $38,609.19 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.40 | $38,551.79 |

Page Subtotals: $38,864.91   $313.12

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-17026  
Case Name: Elvedor Ollivierre-Mills  
Taxpayer ID No: XX-XXX8308  
For Period Ending: 03/10/2014  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0237  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.47 | $38,496.32 |
| 07/16/13 | 11 | Charles W. Mills<br>6157 N. Sheridan Road, Apt. 16G<br>Chicago, IL 60660-5818 | Proceeds of Settlement on retirement claim | 1229-000 | $64,198.93 | | $102,695.25 |
| 12/05/13 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $8,403.19 | $94,292.06 |
| 12/05/13 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $6.56 | $94,285.50 |
| 12/05/13 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $16,162.50 | $78,123.00 |
| 12/05/13 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $18.13 | $78,104.87 |
| 12/05/13 | 1005 | Irs Priority Debt<br>Attn: Bankruptcy Dept.<br>Po Box 7346<br>Philadelphia, Pa 19101 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 5800-000 | | $2,500.00 | $75,604.87 |

Page Subtotals: $64,198.93 $27,145.85

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-17026 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Elvedor Ollivierre-Mills | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0237 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8308 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/10/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/13 | 1006 | Illinois Department Of Revenue<br>C/O James Newbold, Asst Atty General<br>100 W. Randolph Street<br>Chicago, Il 60601 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | 5800-000 | | $3,167.50 | $72,437.37 |
| 12/05/13 | 1007 | Llp Griffin Mccarthy & Rice<br>Griffin, Mccarthy & Rice, Llp<br>55 West Monroe Street<br>Suite 990<br>Chicago, Il 60603 | Final distribution to claim 1 representing a payment of 87.42 % per court order. | 7100-000 | | $36,103.89 | $36,333.48 |
| 12/05/13 | 1008 | Jerome M. Kaplan<br>77 W. Washington Street<br>#1515<br>Chicago, Il 60602 | Final distribution to claim 3 representing a payment of 87.42 % per court order. | 7100-000 | | $25,843.24 | $10,490.24 |
| 12/05/13 | 1009 | Charles Mills<br>6157 N. Sheridan Rd.<br>#16G<br>Chicago, Il 60660 | Final distribution to claim 4 representing a payment of 87.42 % per court order. | 7100-000 | | $1,748.37 | $8,741.87 |
| 12/05/13 | 1010 | Lerone Ollivierre<br>Largo Heights<br>P.O. Box 2073 Kingston<br>St. Vincent & The Grenadines<br>Vc0100 | Final distribution to claim 6 representing a payment of 87.42 % per court order. | 7100-000 | | $8,741.87 | $0.00 |

| | | | COLUMN TOTALS | $103,063.84 | $103,063.84 |
| | | | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | | | Subtotal | $103,063.84 | $103,063.84 |
| | | | Less: Payments to Debtors | $0.00 | $0.00 |
| | | | Net | $103,063.84 | $103,063.84 |

Page Subtotals:  $0.00  $75,604.87

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0237 - Checking | $103,063.84 | $103,063.84 | $0.00 |
|  | $103,063.84 | $103,063.84 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $103,063.84 |
| Total Gross Receipts: | $103,063.84 |

Page Subtotals:    $0.00    $0.00